IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL WHITEHEAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 09-220J |
| v. | ) Judge Gibson |
| | ) Magistrate Judge Bissoon |
| GERALD ROZUM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Plaintiff Carl Whitehead's complaint, which alleges violations of the Civil Rights Act of 1871, 42 U.S.C. § 1983, was received by this Court on August 11, 2009. (Doc. 3). This case was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrates.

The Magistrate Judge issued a report and recommendation on July 8, 2011 (Doc. 119), in which it was recommended that Plaintiff's motion for temporary restraining order and preliminary injunction (Doc. 88) and motion for preliminary injunction hearing (Doc. 104) both be denied. Plaintiff filed objections to the report on July 29, 2011. (Doc. 122).

After *de novo* review of the pleadings and documents in the case, together with the report and recommendation (Doc. 119), and Plaintiff's objections thereto (Doc. 122), the following ORDER is entered:

AND NOW, this 27th day of September, 2011,

IT IS HEREBY ORDERED that Plaintiff's motion for temporary restraining order and preliminary injunction (Doc. 88) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's motion for preliminary injunction hearing (Doc. 104) is DENIED.

IT IS FURTHER ORDERED that the report and recommendation of July 8, 2011, (Doc. 119), is adopted as the opinion of this Court on these matters.

BY THE COURT:

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

cc:
**CARL WHITEHEAD**
1439587
Green Rock Correctional Center
PO Box 1000
Chatham, VA 24531